# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  **v.**                                                          **Case No. 14-CR-20**

**EUGENE SWEENEY**
    **Defendant.**

## ORDER

Upon consideration of the United States' motion for the transfer and payment of money and upon consideration of the record of the case,

It is hereby ordered that the Milwaukee Police Department pay to Flannery's Pub the sum of $493.25 that was seized by that department from defendant Eugene Sweeney on December 23, 2013 and that those funds shall be applied against the balance of the restitution to be paid by defendant Sweeney in this case.

Dated at Milwaukee, Wisconsin, this 13th day of November, 2014.

                                          /s Lynn Adelman
                                          _____
                                          LYNN ADELMAN
                                          District Judge